NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5100

CRV ENTERPRISES, INC. and
C. RYAN VOORHEES,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-660,
Judge Susan G. Braden.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Upon consideration of the appellants' unopposed motion for an extension of time,
until November 23, 2009, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     John H. Patton, Esq.
        Aaron P. Avila, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK